**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00781-CMA-CYC

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 24.9.236.48,

    Defendant.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2.    On March 14, 2025, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. Plaintiff issued the subpoena on or about March 18, 2025 and, in accordance with the time allowances provided to both the ISP and the Defendant expected to receive the ISP's response on or about April 24, 2025.

3.    Plaintiff received the subscriber's identifying information and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

1

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than June 9, 2025.

5. On or about April 30, 2025, counsel for Defendant contacted Plaintiff's counsel to discuss the status of this action. The parties are currently engaged in ongoing discussions.

6. Plaintiff respectfully requests that the time to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days, and thus the deadline to effect service be extended to August 8, 2025.  If the parties fail to reach a resolution to this action, this extension should allow Plaintiff time to complete its further investigation and, if a good faith basis continues to exist, to proceed against that individual (or someone else), to amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Complaint with the process server to attempt service of process.

7. This motion is made in good faith and not for the purpose of undue delay.

8. This is Plaintiff's first request for an extension.  None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests that the time to effectuate service of the summons and Complaint on Defendant be extended until August 8, 2025.  A proposed order is attached for the Court's convenience.

DATED this 9th day of June, 2025　　　Respectfully submitted,


By: /s/ *Jeremy J. Thompson*
**Jeremy J. Thompson** (Reg. # 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
Tel.: (952) 952-1883
Fax: (952) 952-1884
Email: jeremy@jthompson.law
*Attorney for Plaintiff*

3