UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00781-CMA-CYC

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.9.236.48,

    Defendant.

**PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.9.236.48 are voluntarily dismissed with prejudice.

Dated:  July 11, 2025

Respectfully submitted,

By: */s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq. (Bar #: NV 12503)
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
Email: jeremy@jthompson.law
Tel.: (952) 952-1883
Fax: (952) 952-1884

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq. (Bar #: 30219)
Associate In-House Counsel
General Media Systems, LLC
11239 Ventura Blvd.
Suite #103 Box 717
Studio City, CA 91604

E-mail: Jessica@Strike3Holdings.com
Phone: (818) 253-1453

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.